**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio ZARAGOZA–ZAVALA, also
known as Louis A. Valera,
Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Sergio Zaragoza, Defendant–Appellant.**

**Nos. 06–40238, 06–40248
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgments in these Criminal Cases, the defendant raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.